DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

K. DEAN KANTARAS, ESQ., BCS and K. DEAN KANTARAS, P.A.,

Appellants,

v.

JASON ALAN DATTISMAN,

Appellee.

No. 2D23-510

_____

January 12, 2024

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for Appellants.

Jason A. Dattisman, pro se.


PER CURIAM.

    Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.